THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Henry T. Ray, Appellant.
 
 
 

Appeal From Bamberg County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2007-UP-240
Submitted May 1, 2007  Filed May 17, 2007    

APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph L. Savitz III, of Columbia; Henry T. Ray, of Demark; for Appellant.
 Attorney General Henry Dargan McMaster; Chief Deputy Attorney General John W. McIntosh; Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Barbara R. Morgan, of Aiken; for Respondent.
 
 
 

PER CURIAM:  Henry Ray pled guilty to possession of marijuana with intent to distribute, unlawful carrying of a pistol, and failure to stop for a blue light.  Ray maintains his guilty plea was conditional and must be vacated.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Rays appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
ANDERSON, HUFF, and BEATTY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.